**No. 60393.**—Hedaya Importing Co., Inc. *v.* United States, protest 295892–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of hand-embroidered articles, not wearing apparel, in part of machine-made lace, similar in all material respects to those the subject of Abstract 59733, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 29, 1956

**No. 60394.**—A. N. Deringer, Inc. *v.* United States, protests 150246–K and 171548–K (St. Albans).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

NOVEMBER 28, 1956

**No. 60395.**—F. W. Myers & Co., Inc. *v.* United States, protest 231564–K.— Motion of Government for rehearing denied.

**No. 60396.**—Daprato Statuary Co. *v.* United States, protest 259040–K.— Plaintiff's application for rehearing granted.